UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA LEWIS**, <br><br> Plaintiff, <br><br> vs. <br><br> **HURLEY HEALTH SERVICES et al.**, <br><br> Defendants. | **2:20-CV-11953-TGB-DRG** |

## JUDGMENT

In accordance with the order issued on this date granting Defendant United States' Motion to Dismiss (ECF No. 6), it is ORDERED AND ADJUDGED that the claims against the United States be DISMISSED WITH PREJUDICE. The remainder of the case is REMANDED to Genesee County Circuit Court for further proceedings.

Dated at Detroit, Michigan:  February 22, 2021

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                                            s/A. Chubb_____
                                            Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE